

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 07cv01349  (RMC) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| All Property in E-Gold Account Numbers 416934 and 588660 | Verified Complaint for Forfeiture in Rem |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) $440,068.11 in U.S. Currency

SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William R. Cowden
Laurel Loomis Rimon
Assistant United States Attorneys
555 4th Street, NW, Room 4824
Washington, DC  20530

| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
|---|---|
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Agency Case No. 327-774-8703-S
IRS Agency Case No. 590630075

Signature of Attorney or other Originator requesting service on behalf of: (x) Plaintiff  ( ) Defendant
William R. Cowden
TELEPHONE NO. (202) 307-0258
DATE 8/23/2007

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.  8/30/07

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated.
District of Origin No. ___
District to Serve No. ___
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. *N.J. Bruter S/A AFC IRS-CI*
DATE 8-31-07

( ) I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.
( ) A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)
DATE OF SERVICE 8-31-07
TIME OF SERVICE 11:59  (✓) AM  ( ) PM
SIGNATURE, TITLE AND TREASURY AGENCY *N.J. Bruter S/A AFC IRS-CI*

REMARKS: Defendant property seized pursuant to a warrant of arrest in Rem. It is in the possession of The Treasury Executive Office for Asset Forfeiture (TEOAF) in Washington, DC.

TD F 90-22.48 (6/96)

**WHITE COPY - RETURN TO COURT**